**FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000024
05-JUL-2022
07:55 AM
Dkt. 121 OCOR**

NO. CAAP-21-0000024

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

FOR OUR RIGHTS, a Hawaiʻi corporation,
Diana Lomma, David R. Hamman, Randi Hamman, Janet Eisenbach,
Levana Lomma Keikaika, Lawrence K. Paille, Geralyn Schulkind,
Leonard Schulkind, Daniel Hoshimoto, Christina Cole,
Francesca Woolger, Naʻea Lindsey, Michael Mazzone,
Lanette J. Harley, and Loraine L. Patch, Plaintiffs-Appellants,
v.
DAVID IGE, in his official capacity as Governor
of the State of Hawaiʻi, HOLLY T. SHIKADA, in her official
capacity as Attorney General for the State of Hawaiʻi,
and STATE OF HAWAIʻI, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5CCV-20-0000091)

ORDER OF CORRECTION
(By: Leonard, J.)

IT IS HEREBY ORDERED that the Opinion of the court,

filed on February 25, 2022, is hereby corrected as follows:

At page 8, line 7 from top, delete the second "the" so

that the sentence now reads as follows:

welfare of the people of Hawaiʻi.  Appellees
filed a reply

At page 18, line 10 from bottom, insert a period after the word "Supp" so that the sentence now reads as follows:

> violations).  HRS § 127A-30 (Supp. 2019)
> prohibits, *inter alia*,

At page 27, line 7 from bottom, change the word "Cty" to "Cnty" so that the sentence now reads as follows:

> dismissal on the merits.  See <u>Smallwood v. City
> & Cnty. of Honolulu</u>, 118

At page 27, line 2 from bottom, change the word "Cty" to "Cnty" so that the sentence now reads as follows:

> <u>Inc.</u>, 645 F. App'x 1018, 1025 (Fed. Cir. 2016);
> <u>Topper v. Progressive Cnty.</u>

The clerk of the court is directed to incorporate the foregoing change in the original Opinion.

DATED: Honolulu, Hawaiʻi, July 5, 2022.

/s/ Katherine G. Leonard
Associate Judge